**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-2364**

―――――――――――

CHARLES DAVIS BURRELL,

Plaintiff - Appellant,

versus

EVELYN JEANETTE MCGOWENS,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-455-3)

―――――――――――

Submitted: February 24, 2000        Decided: March 1, 2000

―――――――――――

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Charles Davis Burrell, Appellant Pro Se. Arnold Reginald Henderson, V, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Davis Burrell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Burrell v. McGowens, No. CA-99-455-3 (E.D. Va. Sept. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2